**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA**

THOMAS P. LANE

VERSUS

BAYWOOD HOTELS, INC.,
501EFA HOTEL, LLC, HILTON
FRANCHISE HOLDING, LLC,
AND HILTON WORLDWIDE
HOLDINGS, INC.

CIVIL ACTION NO. 2:25-cv-00103

DISTRICT JUDGE BARRY W. ASHE

MAGISTRATE JUDGE KAREN W. ROBY

**THIRD AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure R. 15(a)(2), Plaintiff, THOMAS P. LANE

("***Mr. Lane***"), amends and/or supplements his Second Amended Complaint with respect to the

captioned matter to read as follows:

1.

Paragraph II should be added and/or supplemented to read as follows:

II(a).

The below described events took place at the Hampton Inn by Hilton New Orleans French

Quarter Market Area, 501 Elysian Fields, New Orleans, LA 70117 (the "***Hotel***"). The Hotel is

owned and managed by Defendant, BAYWOOD HOTELS, INC. ("***Baywood***") and/or 501EFA

Hotel, LLC ("***501EFA***"), according to the Franchise Agreement and Franchise Assignment

relative to this particular Hotel. The Redacted Franchise Agreement and Franchise Assignment are

attached hereto as **Exhibits A** and **B**, respectively, and Plaintiff incorporates these exhibits as

though they were reproduced here in their entirety.

II(b).

The Hotel staff is supposed to be trained and abide by corporate standards and guidelines

from defendant, HILTON WORLDWIDE HOLDINGS, INC. ("***HWH***"). Specifically, with

1

respect to Plaintiff's claims, the Hotel staff is supposed to be trained to comply with federal and state law on anti-discrimination, such as the ADA and LCHR. HWH's training and corporate standards document(s) apply to the Hotel employees that discriminated against Plaintiff. HWH's training and standards documents states, "Consistent with the requirements of Title III of the Americans with Disabilities Act (ADA), it is Hilton's policy not to discriminate against any individual with a disability in the full and equal enjoyment of our goods, services, facilities, and accommodations." This provision is in HWH's "Hampton ADA Global Standards." The relevant Excerpt from the Hampton ADA Global Standards attached hereto as **Exhibit C**, and which Plaintiff incorporates herein as though the exhibit  were reproduced here in its entirety. This document goes on for several pages, expanding on HWH's standards and guidelines with respect to ADA compliance, and how HWH ensures that individuals with disabilities are afforded the full and equal enjoyment of what Hilton hotels have to offer. Moreover, the following facts about and provisions within the Franchise Agreement and Franchise Assignment at issue further demonstrate HWH's direct connection to this particular Hotel:

- The Introduction paragraph of the Franchise Agreement indicates that HWH "controls" the franchisor, "directly or indirectly;"
- HWH is specifically defined in the Franchise Agreement, and is the only Hilton entity that warranted a specific definition, even though the other "Entities" and "Affiliates" are frequently referenced in a general, collective sense;
- HWH has specific rights and protections under the Franchise Agreement, such as the right to be fully indemnified;
- The Franchise Agreement directs that the Hotel must be operated in accordance with the "Standards" that may be supplied to the franchisee/assignee, and the "Hampton ADA Global Standards," developed by HWH, are included;
- A HWH employee, Mr. Dinky Turnage, signed the Franchise Assignment, and provided his corporate email address;
- The "CONSUMER DISCLOSURE" page in the Franchise Assignment includes:
  - "How to contract Hilton Worldwide;"
  - "To Advise Hilton Worldwide of your new e-mail address;"
  - "To request paper copies from Hilton Worldwide;" and

2

- ○ "To withdraw your consent with Hilton Worldwide"
- The Franchise Assignment includes a provision that the assignee consents to receive documents and other materials from Hilton Worldwide, unless and until the assignee withdraws its consent with Hilton Worldwide.

II(c).

Under the Franchise Agreement, the Franchisor, HILTON FRANCHISE HOLDING, LLC ("*HFH*"), promised to "specify certain required and optional training programs and to provide these programs at various locations." This provision also stated that HFH might "charge" the franchisee for the required training services and materials and for optional training services and materials that we provide to you." Further, the franchisee was required to provide "qualified and experienced management (a 'Management Company') at least six (6) months before the Opening Date," and requires that the "management company must be approved by us [HFH] in writing." HFH also is entitled to "Monthly Fees" from the franchisee from the revenue the Hotel generates from guests staying at the Hotel, such as Plaintiff.

2.

The remainder of Plaintiff's Second Amended Complaint is incorporated here in full.

WHEREFORE, all premises considered, Plaintiff, Thomas P. Lane, prays that Defendants, BAYWOOD HOTELS, INC, 501EFA HOTEL, LLC, HILTON FRANCHISE HOLDING, LLC and HILTON WORLDWIDE HOLDINGS, INC., (collectively "*Defendants*") be duly served with a copy of this THIRD AMENDED COMPLAINT, cited to appear and answer same and, that after legal delays and due proceedings had, there by judgment in favor of plaintiff, Thomas P. Lane, and against Defendants, in an amount reasonable in the premises, together with legal interest from the date of judicial demand and all costs of these proceedings.

FUTHER, for all general and equitable relief that this Honorable Court may deem proper.

3

Respectfully submitted,

GORDON, ARATA, MONTGOMERY,
BARNETT, McCOLLAM, DUPLANTIS &
EAGAN, LLC

BY: _/s/ Elizabeth A. McGovern_
A. GREGORY GRIMSAL (#06332)
ggrimsal@gamb.com
JOHN PHILIP GRAF (#37701)
jgraf@gamb.com
GERALD WALTMAN III (#37347)
gwaltman@gamb.com
ELIZABETH A. MCGOVERN (#41342)
emcgovern@gamb.com
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-1111
Facsimile: (504) 582-1121

*Attorneys for Plaintiff, Thomas P. Lane*